# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**V.M.,** the mother,
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES, S.I.** and **J.I.,** and
**GUARDIAN AD LITEM,**
Appellees.

No. 4D20-124

[July 23, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Alberto Ribas, Judge; L.T. Case No. 2017-303CJDP.

Juliana Gaita of Juliana Gaita, P.A., Boca Raton, for appellant.

Denise E. Kistner of Law Offices of Denise E. Kistner, P.A., Fort Lauderdale, for appellees S.I. and J.I..

Thomasina F. Moore, Statewide Director of Appeals, and Laura J. Lee, Senior Attorney, Tallahassee, for appellee Guardian Ad Litem.

Ashley B. Moody, Attorney General, Tallahassee, and Carolyn Schwarz, Assistant Attorney General, Children's Legal Services, Fort Lauderdale, for appellee Department of Children and Families.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GERBER and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***